FILED
2013 Sep-30 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| SANTIAGO GALVEZ, | ) |
| Petitioner, | ) |
| vs. | ) Case Number: CV 10-S-2156-NE |
| BILLY MITCHEM, *et al.*, | ) |
| Respondents. | ) |

## ORDER

This case is before the court on a petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 (doc. no. 1). On September 13, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by any party.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court ADOPTS the report of the magistrate judge and ACCEPTS the recommendation. Accordingly, it is ORDERED that the petition is DENIED. The clerk is directed to close this file.

DONE and ORDERED this 30th day of September, 2013.

_____
United States District Judge